UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEVIN SMALLWOOD

    Plaintiff,

v.

FABIEN LARONDE,

    Defendant.

Case No. 17-cv-03469

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2020 FEB 21 AM 10:03 CLERK'S OFFICE AT BALTIMORE BY_____ DEPUTY

## JURY VERDICT FORM

### COUNT 1. FOURTH AMENDMENT UNLAWFUL ARREST CLAIM

1. On the Fourth Amendment Unlawful Arrest claim, we find in favor of:

   ___ Plaintiff Devin Smallwood     ✓ Defendant Fabien Laronde

*If you found the above to be in favor of Plaintiff Smallwood, then move on to No. 2. If you found the above to be in favor of Defendant, then continue to the next section entitled "Count 2. Fourth Amendment Excessive Force Claim".*

2. What amount of damages will compensate Plaintiff Smallwood for the damages that he sustained as a result of Defendant's actions? (Select EITHER Actual Damages OR Nominal Damages, but NOT BOTH.)

        **Actual Damages:** $_____

        OR

        **Nominal Damages:** $_____

1

3. In addition to Compensatory damages, Punitive damages may be awarded if you find that Defendant's conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff Smallwood's rights under the United States Constitution. What amount of punitive damages, if any, is Plaintiff Smallwood entitled to?

    **Punitive Damages: $**_____

*Once you are finished with this section, continue to the next section, entitled "Count 2. Fourth Amendment Excessive Force Claim."*

## COUNT 2. FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

1. On the Fourth Amendment Excessive Force claim, we find in favor of:

    ___ Plaintiff Devin Smallwood          ✓ Defendant Fabien Laronde

*If you found the above to be in favor of Plaintiff Smallwood, then move on to No. 2. If you found the above to be in favor of Defendant, then go to the end and sign.*

2. What amount of damages will compensate Plaintiff Smallwood for the damages that he sustained as a result of Defendant's actions? (Select EITHER Actual Damages OR Nominal Damages, but NOT BOTH.)

    **Actual Damages: $**_____

    OR

    **Nominal Damages: $**_____

3. In addition to Compensatory damages, Punitive damages may be awarded if you find that Defendant's conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff Smallwood's rights under the United States Constitution. What amount of punitive damages, if any, is Plaintiff Smallwood entitled to?

    **Punitive Damages: $**_____

*Once you are finished with this section, your deliberations are over. The foreperson should sign this form and inform the Court that the jury deliberations are over.*

Signed,

__SIGNATURE REDACTED__          __2/20/2020__
Jury Foreperson                  Date

3