UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONI MCLAURIN,                     Case No. 17-cv-03469

    Plaintiffs,

v.

FABIEN LARONDE,

    Defendant.

_____/

**JURY VERDICT FORM**

**COUNT 1. FOURTH AMENDMENT UNLAWFUL ARREST CLAIM**

1. On the Fourth Amendment Unlawful Arrest claim, we find in favor of:

    ___ Plaintiff Toni McLaurin          ✓ Defendant Fabien Laronde

*If you found the above to be in favor of Plaintiff McLaurin, then move on to No. 2. If you found the above to be in favor of Defendant, then continue to the next section entitled "Count 2. Fourth Amendment Excessive Force Claim".*

2. What amount of damages will compensate Plaintiff McLaurin for the damages that she sustained as a result of Defendant's actions? (Select EITHER Actual Damages OR Nominal Damages, but NOT BOTH.)

    **Actual Damages: $_____**

    OR

    **Nominal Damages: $_____**

1

3. In addition to Compensatory damages, Punitive damages may be awarded if you find that Defendant's conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff McLaurin's rights under the United States Constitution. What amount of punitive damages, if any, is Plaintiff McLaurin entitled to?

**Punitive Damages: $_____**

*Once you are finished with this section, continue to the next section, entitled "Count 2. Fourth Amendment Excessive Force Claim."*

## COUNT 2. FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

1. On the Fourth Amendment Excessive Force claim, we find in favor of:

   \_\_\_ Plaintiff Toni McLaurin         ✓ Defendant Fabien Laronde

*If you found the above to be in favor of Plaintiff McLaurin, then move on to No. 2. If you found the above to be in favor of Defendant, then continue to the next section entitled "Fourth Amendment Unreasonable Search Claim."*

2. What amount of damages will compensate Plaintiff McLaurin for the damages that she sustained as a result of Defendant's actions? (Select EITHER Actual Damages OR Nominal Damages, but NOT BOTH.)

   **Actual Damages: $_____**

   OR

   **Nominal Damages: $_____**

3. In addition to Compensatory damages, Punitive damages may be awarded if you find that Defendant's conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff McLaurin's rights under the United States Constitution. What amount of punitive damages, if any, is Plaintiff McLaurin entitled to?

**Punitive Damages:  $**_____

*Once you are finished with this section, continue to the next section, entitled "Fourth Amendment Unreasonable Search Claim."*

## COUNT 3. FOURTH AMENDMENT UNREASONABLE SEARCH CLAIM

1. On the Fourth Amendment Unreasonable Search claim, we find in favor of:

   \_\_\_ Plaintiff Toni McLaurin     ✓ Defendant Fabien Laronde

*If you found the above to be in favor of Plaintiff McLaurin, then move on to No. 2. If you found the above to be in favor of Defendant, then go to the end and sign.*

2. What amount of damages will compensate Plaintiff McLaurin for the damages that she sustained as a result of Defendant's actions? (Select EITHER Actual Damages OR Nominal Damages, but NOT BOTH.)

   **Actual Damages: $**_____

   OR

   **Nominal Damages: $**_____

3. In addition to Compensatory damages, Punitive damages may be awarded if you find that Defendant's conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff McLaurin's rights under the United States Constitution. What amount of punitive damages, if any, is Plaintiff McLaurin entitled to?

   **Punitive Damages:  $**_____

*Once you are finished with this section, your deliberations are over. The foreperson should sign this form and inform the Court that the jury deliberations are over.*

SIGNATURE REDACTED                        2/20/2020

Jury Foreperson                           Date