IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEVIN SMALLWOOD, et al
    **Plaintiff**

v.      Case No. SAG 17-cv-03469

LARONDE FABIEN
    **Defendant**

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this 20th day of February, 2020,

**ORDERED**,

1. Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*Stephanie A. Gallagher*
*United States District Judge*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2020 FEB 21 PM 2:56
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY